HERBERT E. MOER, Appellant, *v.* LAWYERS TRUST COMPANY et al., Respondents and Appellants, and LOUIS JACOBY et al., Respondents.

Argued March 7, 1940; decided April 9, 1940.

*Leo Guzik* and *Eugene L. Jabush* for plaintiff, appellant.
*Stewart Maurice, Jacob Neuthaler, Bernard Fliashnick* and *Philip Fliashnick* for respondents.

Judgment affirmed, with costs to Lawyers Trust Company; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.